**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★  JUN 18 2012  ★

BROOKLYN OFFICE

To clerk of U.S district court

I'm writing you in regards to my case docket No'.
08-cr-610. I Asante Walker have put in a motion
for retroactive application of sentencing
guidelines to crack cocaine offense 18 USC 3582
I fill this motion on 11/07/11 on 12/6/11 the
motion was modifed. I woulb like to Know the
written decision concerning my 3582 motion.
If you can help me in this matter it will be
highly appreciated. Thank you for your time and
consideration.

Respectfully
Submitted
Asante Walker

6/14/12